1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL JOSEPH BRAUNSHTEIN, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SUMMIT HEALTH INC. D/B/A RETAIL HEALTH NETOWRK, INC., a Michigan corporation; and DOES 1 through 100,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-00937-SVW-KS<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO LOS ANGELES COUNTY SUPERIOR COURT** |

## **ORDER**

After reviewing the Parties' Stipulation to Remand Removed Action (the "Stipulation"), and GOOD CAUSE appearing therefor, the Court ORDERS as follows:

1. The Stipulation is approved and the joint request to remand is GRANTED.
2. This matter is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

Dated: July 28, 2020

_____
The Honorable Stephen V. Wilson
United States District Judge